

# NUMBER 13-18-00276-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ZINA M. BURKETT

## On Petition for Writ of Mandamus.

## ORDER

### Before Justices Rodriguez, Contreras, and Hinojosa
### Order Per Curiam

Relator Zina M. Burkett filed a petition for writ of mandamus in the above cause seeking to compel the trial court to rule on a motion to enforce child support. The Court requests that the real party in interest, Jason A. Burkett, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed this
29th day of May, 2018.